# Trial Court Official's
# Request for Extension of Time to File Record

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/2/2015 8:26:42 AM
PAM ESTES
Clerk

Court of Appeals No. (If known):  **12** - 15  - 00167  - CR

Trial Court Style:  The State of Texas vs.  Sidney C. Lynch

Trial Court & County:  7th District Court, Smith County     Trial Court No.:  007-0443-15

Date Trial Clerk's Record Originally Due:  N/A

Date Court Reporter's/Recorder's Record Originally Due:  8-03-15

Anticipated Number of Pages of Record:  800

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for

the following reason/s:  (Check all that apply - attach additional pages if necessary.)

☐  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either  pay
the required fee or to make arrangements to pay the fee for preparing the record.

☒  my duties listed below preclude working on this record:  Reporter has been preparing & has filed records in
three cases this week:  STX v. Gaylord Stevens, 007-1587-14; STX v Roger Jackson, 007-0964-14 & STX v
Steven Moore,  007-0446-15.

☒  Other. (Explain.):  Reporter will be on vacation the week of October 5-9.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by  11-02-15  , and **I
hereby request an additional**  30  **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all
parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the
information contained in this notice is true and within my personal knowledge.

09-02-15
Date                                         Signature  /s/Jennifer Lowrance

(903)590-1647
Office Phone Number                          Printed Name  Jennifer Lowrance

jlowrance@smith-county.com
E-mail Address (if available)                Official Title  Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:               Lead Counsel for **APPELLEE(S)**:

Name: Mr. James W. Huggler, Jr.                Name:  Mr. Michael West

Address: 100 E. Ferguson, Suite 802            Address:  100 North Broadway, Fourth Floor

Tyler, Texas 75702                             Tyler, Texas 75702

Phone no.: (903)593-2400                       Phone no.:  (903)590-1724

Attorney for: Mr. Lynch                        Attorney for:  The State of Texas

Lead Counsel for **APPELLANT(S)**:               Lead Counsel for **APPELLEE(S)**:

Name:                                          Name:

Address:                                       Address:

Phone no.:                                      Phone no.:

Attorney for:                                  Attorney for:

Additional                    information,                    if                    any: